IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KENNETH BROWN,

    Plaintiff,

v.                                Civil Action No. 3:21cv611

ENERGY SERVICES GROUP
INTERNATIONAL, INC.,

    Defendant.

## ORDER

Before the Court is the defendant's MOTION TO STRIKE INELIGIBLE OPT-IN PLAINTIFFS (ECF No. 74). Having considered the Motion, the plaintiffs' NOTICE OF NON-OPPOSITION (ECF No. 79), and the plaintiffs' NOTICE OF WITHDRAWAL OF CONSENT (ECF No. 80), it is hereby ORDERED that:

(1) The CONSENTS TO JOIN WAGE CLAIM AGAINST ESGI of Dale J. Nelson and Patrick Din (ECF Nos. 50-4 and 54-4, respectively) are withdrawn and the Clerk shall mark them as withdrawn in the file; and

(2) The MOTION TO STRIKE INELIGIBLE OPT-IN PLAINTIFFS (ECF No. 74) is denied as moot because the consents have been withdrawn.

It is so ORDERED.

                                            /s/  REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: May 11, 2022